## 26371. CHAMBERS *v.* BANK OF VILLA RICA *et al.*

FELTON, J. The evidence was conflicting on the material issues in the case, and authorized the verdict, which was approved by the trial judge. Accordingly it will not be disturbed. There is no merit in the other assignments of error.

Judgment affirmed. *Stephens, P. J., and Sutton, J., concur.*